# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| KIOBA PROCESSING LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-CV-0057-JRG-RSP |
| FROST BANK, | § § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Kioba Processing LLC and Defendant Frost Bank. Dkt. No. 15.

Having considered the motion, and in light of its joint nature, the motion is **GRANTED**. Accordingly, all of Kioba's pending claims and causes of action in this case are **DISMISSED WITH PREJUDICE**, and all of Frost Bank's pending claims, defenses and counterclaims in this case are **DISMISSED WITHOUT PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 15th day of July, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE